UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HINES,<br>  Petitioner,<br> v.<br>CLARK E. DUCART, Warden,<br>  Respondent. | Case No. 14-cv-04509-JST (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges convictions he suffered in the Los Angeles County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: October 28, 2014

                 _____
                 JON S. TIGAR
                 United States District Judge