UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HINES,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>CLARK E. DUCART, Warden,<br><br>　　　　　　Respondent. | Case No. CV 14-08490-JAK (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's Motion to file a Fourth Amended Petition is DENIED. Respondent shall file an Answer to Ground Five of the Third Amended Petition within thirty (30) days of service of this Order.

DATED: June 2, 2017

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE