JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE HINES,<br><br>    Petitioner,<br><br>    v.<br><br>CLARK E. DUCART, Warden,<br><br>    Respondent. | Case No. 2:14-cv-08490-JAK-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that the Third Amended Petition is dismissed with prejudice.

DATED: June 12, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE